2 F.3d 335
 144 L.R.R.M. (BNA) 2107
 Robert H. MILLER, Regional Director of region 20 of the
National Labor Relations Board, for and on behalf
of the NATIONAL LABOR RELATIONS BOARD,
Petitioner-Appellant,
v.
CALIFORNIA PACIFIC MEDICAL CENTER, Respondent-Appellee.
Robert H. MILLER, Regional Director of region 20 of the
National Labor Relations Board, for and on behalf
of the NATIONAL LABOR RELATIONS BOARD,
Petitioner-Appellee,
v.
CALIFORNIA PACIFIC MEDICAL CENTER, Respondent-Appellant.
 Nos. 92-15721, 92-15746.
 United States Court of Appeals,
Ninth Circuit.
 Aug. 27, 1993.
 
 Prior report: 9th Cir., 991 F.2d 536.
 Before: WALLACE, Chief Judge, BROWNING, HUG, TANG, SCHROEDER, FLETCHER, FARRIS, PREGERSON, POOLE, D.W. NELSON, CANBY, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON, O'SCANNLAIN, LEAVY, TROTT, FERNANDEZ, RYMER, T.G. NELSON, and KLEINFELD, Circuit Judges.
 
 ORDER
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.